IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

ZURICH AMERICAN INSURANCE COMPANY,
a New York corporation,

    Plaintiff,

v.                                                     Civil Action No. 3:06CV70
                                                      (JUDGE BAILEY)

JODY LEE LUCAS and JANE DOE,
Administratrix of the Estate of Lyle J. Knipple,

    Defendants.

## ORDER

Counsel for Defendant advised the issue of reasonable expenses related to Defendant's Motion to Compel has been resolved. Defendant's Motion for Attorney Fees is **DENIED AS MOOT** and the Order setting the hearing on July 10, 2007, at 2:00 p.m. is **VACATED**.

IT IS SO ORDERED.

The Clerk of the Court is directed to provide a copy of this Order to parties who appear pro se and all counsel of record, as applicable, as provided in the Administrative Procedures for Electronic Case Filing in the United States District Court for the Northern District of West Virginia.

DATED: July 10, 2007

                                                              /s/ James E. Seibert
                                                              JAMES E. SEIBERT
                                                              UNITED STATES MAGISTRATE JUDGE