IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT MARTINSBURG

**ZURICH AMERICAN INSURANCE COMPANY,**
a New York corporation,

    Plaintiff,

v.                                                    Civil Action No.  3:06-CV-70
                                                        (Bailey)

**JODY LEE LUCAS and JANE DOE,**
Administratrix of the Estate of Lyle J. Knipple,

    Defendants.

## ORDER GRANTING DEFENDANT'S MOTION FOR SUBSTITUTION OF PARTIES

On this day, the above-styled matter came before the Court for consideration of defendant's Motion for Substitution of Parties [Doc. No. 66]. The defendant, Jody Lee Lucas, died on August 18, 2007, and defense counsel wishes to substitute his mother, Beverly Hildreth, as defendant based upon her role as Administratrix of Jody Lee Lucas's estate. Upon review of the defendant's motion, it is the opinion of this Court that the defendant's motion [Doc. No. 66] be **GRANTED** and Beverly Hildreth be substituted as defendant.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record.

**DATED:** October 17, 2007.

JOHN PRESTON BAILEY
UNITED STATED DISTRICT JUDGE