IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG DIVISION

**ZURICH AMERICAN INSURANCE COMPANY**, a New York corporation,

    **Plaintiff,**

v.                                     Civil Action No.:    3:06-CV-70

**BEVERLY HILDRETH, Administratrix**
**Of the Estate of Jody Lee Lucas and**
**JANE DOE, Administratrix of the Estate of Lyle**
**J. Knipple,**

    **Defendants.**

## AGREED ORDER EXTENDING DISPOSITIVE MOTION DEADLINE

COME NOW, all of the parties hereto, by their respective counsel, upon their joint motion to extend the deadline for Dispositive Motions.

The Amended Scheduling Order entered herein on June 14, 2007 (Doc. No. 58) provides that Dispositive Motions shall be filed on or before December 17, 2007. The above captioned matter is a declaratory judgment action on a commercial automobile policy issued by the Plaintiff, Zurich American Insurance Company. The Defendant, Beverly Hildreth, Administratrix of the Estate of Jody Lee Lucas, has already filed a Motion for Summary Judgment as to the liability coverage of that policy, which motion has been denied. There is now pending a motion by Zurich American for summary judgment on the liability coverage of that policy. The parties agree that in the event that Zurich's pending motion would be granted there would remain the issue of potential UM Coverage under the Zurich policy.

1

Despite their disagreements about the existence of coverage under either the liability or the UM provisions of the policy, the parties are in agreement that judicial economy favors obtaining a ruling on the issue of the liability coverage before litigating the issue of the UM coverage. Accordingly, by agreement of the parties, and by Order of this Court, it is hereby ORDERED and ADJUDGED that the parties shall have 30 days to file further Dispositive Motions (related to the UM Coverage) from the day the Court rules on Zurich's pending Motion for Partial Summary Judgment.

The Clerk is directed to transmit copies of this order to all counsel of record herein.

Dated this 13th day of December, 2007.

_____
John Preston Bailey
United States District Judge

Prepared by:

___/s/ Mark Jenkinson___
Mark Jenkinson – W.Va. Bar No. 5215
Ronald M. Harman - W.Va. Bar No. 6040
Burke, Schultz, Harman & Jenkinson
Post Office Box 1938
Martinsburg, WV 25402
(304) 263-0900


*Seen and Agreed:*

| ___/s/ Jonathan Anderson___ | ___/s/ Michael Lorensen___ |
|---|---|
| Jonathan Anderson, Esquire | Michael Lorensen, Esquire |
| Jackson Kelly PLLC | Bowles Rice McDavid Graff & Love |
| Post Office Box 553 | Post Office Drawer 1419 |
| Charleston, WV 25322 | Martinsburg, WV 25402 |