**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG**

**ZURICH AMERICAN INSURANCE
COMPANY, a New York corporation,**

      Plaintiff,

v.                                                      **CIVIL ACTION NO. 3:06-CV-70
(BAILEY)**

**JODY LEE LUCAS and JANE DOE,
Administratrix of the Estate of
Lyle J. Knipple,**

      Defendants.

## ORDER OF INTERMEDIATE PRETRIAL CONFERENCE

On December 17, 2007, came plaintiff Zurich American Insurance Company, by and through counsel Christopher Robertson and Jonathan Anderson, and came defendants Jody Lee Lucas and Jane Doe, by and through counsel Mark Jenkinson and Michael Lorensen, and came counter-claimant Jane Doe, by and through counsel Michael Lorensen, for a telephonic intermediate pretrial conference.

As an initial matter, the Court inquired as to the status of the case, and the parties indicated that mediation will take place on December 18, 2007. The plaintiff requested an extension to file its proposed jury instructions, and the Court granted an extension until **December 21, 2007**. The extension will not interfere with the filing of objections. The factual issues surrounding the uninsured motorists coverage will be addressed at the same time at the same trial. There being no further business, the Court adjourned the matter.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record herein.

**DATED:** December 19, 2007.

JOHN PRESTON BAILEY
UNITED STATED DISTRICT JUDGE